1

2

3

4

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

5

6

7   WALTER TRIPP,                                )
                                                 )
                                                 )
8           Plaintiff,                           )
                                                 )          3:15-cv-00030-RCJ-VPC
                                                 )
9           vs.                                  )
                                                 )
                                                 )          **ORDER**
10  CONNIE BISBEE et al.,                        )
                                                 )
                                                 )
11          Defendants.                          )
                                                 )

12

13          Plaintiff Walter Tripp is a convicted sex offender.  He sued four members of the Nevada

14  Board of Parole Commissioners in this Court, claiming that they violated his rights under the

15  Equal Protection Clause of the Fourteenth Amendment via their alleged policy of automatically

16  denying parole to sex offenders.  The Court dismissed the Complaint with prejudice upon

17  screening under 28 U.S.C. § 1915A both because Defendants were entitled to quasi-judicial

18  immunity and because Plaintiff could not attack the lawfulness of his confinement via a civil

19  action for damages but only via a petition for a writ of habeas corpus.  Both this Court and the

20  Court of Appeals found the appeal to be frivolous and therefore denied *in forma pauperis* status

21  on appeal.  The Court of Appeals ordered Plaintiff to pay the full filing fee by October 7, 2015 if

22  he wished to proceed anyway.  Plaintiff has asked the Court to reconsider its dismissal and for

23  leave to amend.  To the extent it has jurisdiction to consider them, the Court denies the motions.

24

**CONCLUSION**

IT IS HEREBY ORDERED that the Motion to Reconsider and the Motion to Amend (ECF Nos. 10, 11) are DENIED.

IT IS SO ORDERED.

Dated this 9th day of November, 2015.

_____
ROBERT C. JONES
United States District Judge